COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS

 

 

 




 
 
  
 TIMOTHY FARR,
  
                             Appellant,
  
 v.
  
 VERLANDER
 ENTERPRISES, INC., RODNEY ECKENROTH, AND 
 JULIO
 ROJAS,
  
                             Appellees.
 
 
  
 '
  
 '
  
 '
  
 '
  
 '
 
 
  
 No. 08-02-00256-CV
  
 Appeal from the
  
 168th Judicial District Court
  
 of El Paso County, Texas
  
 (TC# 98-3468)
 
 




 

O P I N I O N

 

Pending before the Court is the joint
motion to dismiss this appeal pursuant to Tex.
R. App. P. 42.1(a)(1), which states:

(a) The appellate court may dispose of an appeal as
follows:

 

(1)       in accordance with an agreement
signed by all parties or their attorneys and filed with the clerk; 

.              
.               .

 

 

 








The parties have complied with the
requirements of Rule 42.1(a)(1).  The Court has considered this cause on the
joint motion and concludes the motion should be granted and the appeal should
be dismissed.  We therefore dismiss the
appeal.

October 17, 2002

 

 

_____________________________________

RICHARD BARAJAS, Chief Justice

 

 

Before
Panel No. 4

Barajas,
C.J., Larsen, and McClure, JJ.

 

(Do
Not Publish)